609-07/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiffs
JIANGSU J-LONG IMP. & EXP. TRADING CO., LTD.
and GLORY LEAD GROUP LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
JIANGSU J-LONG IMP. & EXP. TRADING CO., LTD.
and GLORY LEAD GROUP LIMITED,

                      Plaintiffs,

      -against -

SHINKO KAIUN CO. LTD and
INABA PRIDE MARITIME SA,

                      Defendants.
----------------------------------------------------------------x

07 CV 11132 ( )

**RULE 7.1 STATEMENT**

The Plaintiffs, JIANGSU J-LONG IMP. & EXP. TRADING CO., LTD. and GLORY LEAD GROUP LIMITED, by and through their undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Federal Rule of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certify that they are not publicly traded entities and no publicly held company owns 10% or more of their stock.

Dated: New York, New York
       December 10, 2007

                              FREEHILL HOGAN & MAHAR, LLP
                              Attorneys for Plaintiffs
                              JIANGSU J-LONG IMP. & EXP. TRADING CO., LTD.
                              and GLORY LEAD GROUP LIMITED

                              By: _____
                                  Michael E. Unger (MU 0045)
                                  80 Pine Street
                                  New York, NY 10005
                                  Telephone: (212) 425-1900
                                  Facsimile: (212) 425-1901

[Stamp: RECEIVED DEC 10 2007 U.S.D.C. S.D.N.Y. CASHIERS]

[Stamp: JUDGE BUCHWALD]

[Stamp: 07 CV 11132]

NYDOCS1/295219.1